# EXHIBIT A

1

2

3

4

5

6

7            UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
8                      AT TACOMA

9    BELINDA JOHNSON, a single woman,        NO.

10                    Plaintiff,             (PIERCE COUNTY SUPERIOR COURT
                                             21-2-07063-1)
11          v.
                                             DECLARATION OF EDDY SILVERMAN
12   TUESDAY MORNING, INC. a foreign         IN SUPPORT OF NOTICE OF REMOVAL
     corporation, dba TUESDAY MORNING        BY DEFENDANT TUESDAY MORNING,
13   TACOMA STORE, and J. Does 1-10,         INC.

14                    Defendants.            *(CLERK'S ACTION REQUIRED)*

15

16          I, Eddy Silverman, Esq., hereby declare and say:

17          1.      That I am an attorney of the law firm of WILLIAMS, KASTNER & GIBBS

18   PLLC, and I am licensed to practice law in this Court.

19          2.      I am over the age of eighteen and a U.S. citizen.  I have personal knowledge of

20   the facts referred to in this Declaration and could competently testify to these facts if called

21   upon to do so in a court of law.

22          3.      Along with Rodney L. Umberger, I represent TUESDAY MORNING, INC.

23   ("Tuesday Morning") in the above captioned lawsuit, and I am making this Declaration in

24   support of Tuesday Morning's Notice of Removal to this Court.

25

     DECLARATION OF EDDY M. SILVERMAN IN SUPPORT OF        **Williams, Kastner & Gibbs PLLC**
     TUESDAY MORNING, INC.'S NOTICE OF REMOVAL - 1         601 Union Street, Suite 4100
                                                           Seattle, Washington 98101-2380
                                                           (206) 628-6600

     7460185.1

4.     This declaration is identifiable as **Exhibit A** to Tuesday Morning's Notice of Removal.

5.     Attached hereto as **Exhibit B** are true and complete copies of the Summons and Complaint filed in state court in this matter.

6.     Attached hereto as **Exhibit C** are true and complete copies of all pleadings, records, and documents filed in the state court action.

I declare under penalty of perjury under the laws of the United States and of the State of Washington that the foregoing is true and correct.

Dated this 17th day of September, 2021, in Seattle, Washington.

WILLIAMS, KASTNER & GIBBS PLLC


By  *s/Eddy Silverman*
    Eddy Silverman, WSBA No. 53494

***Counsel for Defendant Tuesday Morning. Inc.***

DECLARATION OF EDDY M. SILVERMAN IN SUPPORT OF
TUESDAY MORNING, INC.'S NOTICE OF REMOVAL - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7460185.1

# EXHIBIT B

1

2

3

4

5

6

7

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

8

9

10

11

12

| BELINDA JOHNSON, a single woman, | |
|---|---|
| Plaintiff, | NO. |
| v. | SUMMONS |
| TUESDAY MORNING, INC, a foreign corporation, dba TUESDAY MORNING TACOMA STORE, and J. Does 1-10; | |
| Defendants. | |

13

**TO THE DEFENDANTS:**

14    A lawsuit has been started against you in the above-entitled court by the above-named

15    Plaintiff. The Plaintiff's claim is stated in the written Complaint, a copy of which is served upon

16    you with this Summons.

17    In order to defend against the lawsuit, you must respond to the Complaint by stating your

18    defense in writing, and by serving a copy upon the undersigned attorneys for the Plaintiff within

19    20 days after the service of the Summons, excluding the day of service, or a default judgment may

20    be entered against you without notice. A default judgment is one where the Plaintiff is entitled to

21    what is asked for because you have not responded. If you serve a notice of appearance on the

22    undersigned attorneys, you are entitled to notice before a default judgment may be entered.

23

24

SUMMONS

PAGE 1 of 2

**Wattel & York, LLC**
6314 19th St W Ste. 15
Fircrest, WA 98466-6223
Tel: (253) 471-1075
Fax: (253) 471-1077

1       You may demand that the Plaintiff file the lawsuit with the Court. If you do so, the demand

2   must be in writing and must be served upon the undersigned attorneys. Within 14 days after you

3   serve the demand, the Plaintiff must file this lawsuit with the Court, or the service on you of this

4   Summons and Complaint will be void.

5       If you wish to seek the advice of an attorney in this matter, you should do so promptly so

6   that your written response, if any, may be served on time.

7       This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State

8   of Washington.

9       Dated this _9th_ day of ___August___, 2021.

10                              Wattel & York, LLC

11

12

13                              Zach J. Hansen, WSBA # 41827
                           Attorney for the Plaintiff

14

15

16

17

18

19

20

21

22

23

24

SUMMONS

PAGE 2 of 2

1

2

3

4

5

6

7

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

8

BELINDA JOHNSON, a single woman,

Plaintiff,

NO.

9

v.

COMPLAINT

10

TUESDAY MORNING, INC, a foreign corporation,
dba TUESDAY MORNING TACOMA STORE, and

11

J. Does 1-10;

12

Defendants.

13

14      The Plaintiff, Belinda Johnson, for her cause of action against the Defendants, and each of

15 them, alleges as follows:

16                          **I. PARTIES, JURISDICTION & VENUE**

17      1.      The Plaintiff, Belinda Johnson, is now, and was at all times material hereto, a single

18 woman, and resident of Pierce County, Washington.

19      2.      Upon information and belief, the Defendant Tuesday Morning, Inc., dba Tuesday

20 Morning Tacoma Store, is now and was at all times material hereto, a foreign corporation which

21 operates retail stores and transacts business in Pierce County, Washington.

22

23

24 COMPLAINT

PAGE 1 of 4

**Wattel & York, LLC**
6314 19th St W Ste 15
Fircrest, WA 98466-6223
Tel: (253) 471-1075
Fax: (253) 471-1077

1    3.      Upon information and belief, Defendants J. Does 1-10, are natural persons whose

2    true identities are currently unknown to Plaintiff. These individuals may share some responsibility

3    for Plaintiff's injuries, and their identities are unknown to Plaintiff.

4    4.      All acts and omissions alleged herein occurred in Tacoma, Pierce County,

5    Washington. Venue is proper in Pierce County.

6                    **II. CLAIM FOR NEGLIGENCE AGAINST DEFENDANTS**

7    5.      On or about July 14, 2020, plaintiff, Belinda Johnson, was a guest and business

8    invitee of Tuesday Morning, Inc. dba Tuesday Morning Tacoma Store, located at 3701 S Cedar

9    St, Tacoma, WA 98409. While at the facility, Plaintiff was injured when a heavy metal bar fell

10   from above her, striking her on the head and causing severe injuries.

11   6.      Defendant Tuesday Morning, Inc. dba Tuesday Morning Tacoma Store, its owners,

12   managers, agents and/or employees J. Doe 1-10 owed Plaintiff a duty of care. This included a

13   duty to use reasonable care to maintain the shopping areas and walkways in a safe manner to

14   prevent the creation of a dangerous situation, a duty to use reasonable care to repair any dangerous

15   condition, a duty to warn of dangerous conditions, a duty to inspect for dangerous conditions, and

16   a duty to protect Plaintiff against known dangers.

17   7.      Defendant Tuesday Morning, Inc. dba Tuesday Morning Tacoma Store, its owners,

18   managers, agents and/or employees J. Doe 1-10 breached their duties of care by creating a

19   dangerous condition and by failing to warn Plaintiff of the dangerous condition.

20   8.      Defendants Tuesday Morning, Inc. dba Tuesday Morning Tacoma Store, its

21   owners, managers, agents and/or employees J. Doe 1-10 acted within the scope of their agency or

22   employment with Tuesday Morning, Inc. Defendant Tuesday Morning, Inc. is vicariously liable

23   for the acts or omissions of Defendants John Does 1-5.

24

COMPLAINT

PAGE 2 of 4

**Wattel & York, LLC**
6314 19th St W Ste 15
Fircrest, WA 98466-6223
Tel: (253) 471-1075
Fax: (253) 471-1077

9.      Defendant Tuesday Morning, Inc. dba Tuesday Morning Tacoma Store, its owners, managers, agents and/or employees, and J. Doe 1-10 negligently failed to provide a safe environment for its guests and business invitees.

10.      Defendants Tuesday Morning, Inc. dba Tuesday Morning Tacoma Store, its owners, managers, agents and/or employees, and J. Doe 1-10 negligently failed to supervise the area to prevent injury to their patrons.

11.      As a proximate result of the negligence of Tuesday Morning, Inc. dba Tuesday Morning Tacoma Store, its owners, managers, agents and/or employees, and J. Doe 1-10, Plaintiff, Belinda Johnson suffered a serious injury.

12.      Defendant Tuesday Morning, Inc. dba Tuesday Morning Tacoma Store, its owners, managers, agents and/or employees J. Doe 1-10 breached their duties of care by creating a dangerous condition and by failing to warn Plaintiff of the dangerous condition.

13.      Defendants Tuesday Morning, Inc. dba Tuesday Morning Tacoma Store, its owners, managers, agents and/or employees J. Doe 1-10 acted within the scope of their agency or employment with Tuesday Morning, Inc.  Defendant Tuesday Morning, Inc. is vicariously liable for the acts or omissions of Defendants John Does 1-5.

### III. DAMAGES

15.      As a direct and proximate result of all Defendants' negligence, Plaintiff Belinda Johnson has suffered substantial, serious injury.  Although Plaintiff Belinda Johnson resorted to medical attention and supportive remedies, her injuries, pain, and discomfort now prevail and will continue to prevail for an indefinite time into the future.  It is impossible at this time to characterize the full nature, extent, severity and duration of said injuries, but they are alleged to be permanent, progressive and disabling in nature.  Plaintiff Belinda Johnson has incurred and will likely continue

COMPLAINT

PAGE 3 of 4

Wattel & York, LLC
6314 19th St W Ste 15
Fircrest, WA 98466-6223
Tel: (253) 471-1075
Fax: (253) 471-1077

1   to incur medical expenses and other expenses to be proved at the time of trial, all to her general

2   damage, in an amount now unknown.

3        WHEREFORE, the Plaintiff Belinda Johnson prays for judgment against the Defendants

4   Tuesday Morning, Inc. dba Tuesday Morning Tacoma Store, its owners, managers, agents and/or

5   employees J. Doe 1-10, and each of them, jointly and severally, in an amount that will fairly

6   compensate him for all damages sustained, costs and reasonable attorneys' fees, pre-judgment and

7   post-judgment interest calculated at the maximum amount allowable by law, and all other relief

8   the Court deems fair and just.

9       Dated this _9th_ day of _August_____, 2021.

10           Wattel & York, LLC

11

12

13           Zach J. Hansen, WSBA #41827
        Attorneys for the Plaintiffs

14

15

16

17

18

19

20

21

22

23

24   COMPLAINT

    PAGE 4 of 4

# EXHIBIT C

1

2

3

4

5

6

7

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

8

BELINDA JOHNSON, a single woman,

                              Plaintiff,

        v.

TUESDAY MORNING, INC, a foreign corporation,
dba TUESDAY MORNING TACOMA STORE, and
J. Does 1-10;

                          Defendants.

NO.

SUMMONS

9

10

11

12

13

TO THE DEFENDANTS:

14

15

16

A lawsuit has been started against you in the above-entitled court by the above-named Plaintiff. The Plaintiff's claim is stated in the written Complaint, a copy of which is served upon you with this Summons.

17

18

19

20

21

22

In order to defend against the lawsuit, you must respond to the Complaint by stating your defense in writing, and by serving a copy upon the undersigned attorneys for the Plaintiff within 20 days after the service of the Summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where the Plaintiff is entitled to what is asked for because you have not responded. If you serve a notice of appearance on the undersigned attorneys, you are entitled to notice before a default judgment may be entered.

23

24

SUMMONS

PAGE 1 of 2

**Wattel & York, LLC**
6314 19th St W Ste. 15
Fircrest, WA 98466-6223
Tel: (253) 471-1075
Fax: (253) 471-1077

1         You may demand that the Plaintiff file the lawsuit with the Court.  If you do so, the demand

2    must be in writing and must be served upon the undersigned attorneys.  Within 14 days after you

3    serve the demand, the Plaintiff must file this lawsuit with the Court, or the service on you of this

4    Summons and Complaint will be void.

5         If you wish to seek the advice of an attorney in this matter, you should do so promptly so

6    that your written response, if any, may be served on time.

7         This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State

8    of Washington.

9         Dated this _9th_ day of _____August_____ , 2021.

10                      Wattel & York, LLC

11

12

13                      Zach J. Hansen, WSBA # 41827
                         Attorney for the Plaintiff

14

15

16

17

18

19

20

21

22

23

24   SUMMONS

     PAGE 2 of 2

1

2

3

4

5

6

7

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

8

9

10

11

12

| | |
|---|---|
| BELINDA JOHNSON, a single woman, | |
| Plaintiff, | NO. |
| v. | |
| | COMPLAINT |
| TUESDAY MORNING, INC, a foreign corporation, dba TUESDAY MORNING TACOMA STORE, and J. Does 1-10; | |
| Defendants. | |

13

14

15

The Plaintiff, Belinda Johnson, for her cause of action against the Defendants, and each of
them, alleges as follows:

16

## I. PARTIES, JURISDICTION & VENUE

17

18

     1.     The Plaintiff, Belinda Johnson, is now, and was at all times material hereto, a single
woman, and resident of Pierce County, Washington.

19

20

21

     2.     Upon information and belief, the Defendant Tuesday Morning, Inc., dba Tuesday
Morning Tacoma Store, is now and was at all times material hereto, a foreign corporation which
operates retail stores and transacts business in Pierce County, Washington.

22

23

24

COMPLAINT

PAGE 1 of 4

**Wattel & York, LLC**
6314 19th St W Ste 15
Fircrest, WA 98466-6223
Tel: (253) 471-1075
Fax: (253) 471-1077

1      3.      Upon information and belief, Defendants J. Does 1-10, are natural persons whose

2    true identities are currently unknown to Plaintiff.  These individuals may share some responsibility

3    for Plaintiff's injuries, and their identities are unknown to Plaintiff.

4      4.      All acts and omissions alleged herein occurred in Tacoma, Pierce County,

5    Washington.  Venue is proper in Pierce County.

6                    **II. CLAIM FOR NEGLIGENCE AGAINST DEFENDANTS**

7      5.      On or about July 14, 2020, plaintiff, Belinda Johnson, was a guest and business

8    invitee of Tuesday Morning, Inc. dba Tuesday Morning Tacoma Store, located at 3701 S Cedar

9    St, Tacoma, WA 98409.  While at the facility, Plaintiff was injured when a heavy metal bar fell

10   from above her, striking her on the head and causing severe injuries.

11     6.      Defendant Tuesday Morning, Inc. dba Tuesday Morning Tacoma Store, its owners,

12   managers, agents and/or employees J. Doe 1-10 owed Plaintiff a duty of care.  This included a

13   duty to use reasonable care to maintain the shopping areas and walkways in a safe manner to

14   prevent the creation of a dangerous situation, a duty to use reasonable care to repair any dangerous

15   condition, a duty to warn of dangerous conditions, a duty to inspect for dangerous conditions, and

16   a duty to protect Plaintiff against known dangers.

17     7.      Defendant Tuesday Morning, Inc. dba Tuesday Morning Tacoma Store, its owners,

18   managers, agents and/or employees J. Doe 1-10 breached their duties of care by creating a

19   dangerous condition and by failing to warn Plaintiff of the dangerous condition.

20     8.      Defendants Tuesday Morning, Inc. dba Tuesday Morning Tacoma Store, its

21   owners, managers, agents and/or employees J. Doe 1-10 acted within the scope of their agency or

22   employment with Tuesday Morning, Inc.  Defendant Tuesday Morning, Inc. is vicariously liable

23   for the acts or omissions of Defendants John Does 1-5.

24   COMPLAINT

     PAGE 2 of 4

9.      Defendant Tuesday Morning, Inc. dba Tuesday Morning Tacoma Store, its owners, managers, agents and/or employees, and J. Doe 1-10 negligently failed to provide a safe environment for its guests and business invitees.

10.     Defendants Tuesday Morning, Inc. dba Tuesday Morning Tacoma Store, its owners, managers, agents and/or employees, and J. Doe 1-10 negligently failed to supervise the area to prevent injury to their patrons.

11.     As a proximate result of the negligence of Tuesday Morning, Inc. dba Tuesday Morning Tacoma Store, its owners, managers, agents and/or employees, and J. Doe 1-10, Plaintiff, Belinda Johnson suffered a serious injury.

12.     Defendant Tuesday Morning, Inc. dba Tuesday Morning Tacoma Store, its owners, managers, agents and/or employees J. Doe 1-10 breached their duties of care by creating a dangerous condition and by failing to warn Plaintiff of the dangerous condition.

13.     Defendants Tuesday Morning, Inc. dba Tuesday Morning Tacoma Store, its owners, managers, agents and/or employees J. Doe 1-10 acted within the scope of their agency or employment with Tuesday Morning, Inc.  Defendant Tuesday Morning, Inc. is vicariously liable for the acts or omissions of Defendants John Does 1-5.

### III. DAMAGES

15.     As a direct and proximate result of all Defendants' negligence, Plaintiff Belinda Johnson has suffered substantial, serious injury.  Although Plaintiff Belinda Johnson resorted to medical attention and supportive remedies, her injuries, pain, and discomfort now prevail and will continue to prevail for an indefinite time into the future.  It is impossible at this time to characterize the full nature, extent, severity and duration of said injuries, but they are alleged to be permanent, progressive and disabling in nature.  Plaintiff Belinda Johnson has incurred and will likely continue

COMPLAINT

PAGE 3 of 4

Wattel & York, LLC
6314 19th St W Ste 15
Fircrest, WA 98466-6223
Tel: (253) 471-1075
Fax: (253) 471-1077

1  to incur medical expenses and other expenses to be proved at the time of trial, all to her general

2  damage, in an amount now unknown.

3        WHEREFORE, the Plaintiff Belinda Johnson prays for judgment against the Defendants

4  Tuesday Morning, Inc. dba Tuesday Morning Tacoma Store, its owners, managers, agents and/or

5  employees J. Doe 1-10, and each of them, jointly and severally, in an amount that will fairly

6  compensate him for all damages sustained, costs and reasonable attorneys' fees, pre-judgment and

7  post-judgment interest calculated at the maximum amount allowable by law, and all other relief

8  the Court deems fair and just.

9  Dated this 9th day of August, 2021.

10                    Wattel & York, LLC

11

12

13  Zach J. Hansen, WSBA #41827
    Attorneys for the Plaintiffs

14

15

16

17

18

19

20

21

22

23

24  COMPLAINT

    PAGE 4 of 4

Wattel & York, LLC
6314 19th St W Ste 15
Fircrest, WA 98466-6223
Tel: (253) 471-1075
Fax: (253) 471-1077

The Honorable Garold E. Johnson

SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

| | |
|---|---|
| BELINDA JOHNSON, a single woman, | NO. 21-2-07063-1 |
| Plaintiff, | NOTICE OF APPEARANCE FOR DEFENDANT TUESDAY MORNING, INC. |
| v. | |
| TUESDAY MORNING, INC. a foreign corporation, dba TUESDAY MORNING TACOMA STORE, and J. Does 1-10, | |
| Defendants. | |

TO:    CLERK OF THE COURT; and

TO:    COUNSEL FOR PLAINTIFF

PLEASE TAKE NOTICE that Defendant TUESDAY MORNING, INC. without

waiving objections as to improper service, venue or jurisdiction, hereby appear in the above

entitled cause by and through its attorneys, Williams, Kastner & Gibbs PLLC, and requests that

all further papers and pleadings herein, exclusive of original process, be served upon the

undersigned attorneys at the address stated below.

\\\

\\\

\\\

\\\

NOTICE OF APPEARANCE FOR DEFENDANT TUESDAY
MORNING, INC. 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7451533.1

1    DATED this 31st day of August, 2021.

2                                    WILLIAMS, KASTNER & GIBBS PLLC

3
                                     /s/Eddy M. Silverman
4                                    Rodney L. Umberger, WSBA No. 24948
                                     Eddy M. Silverman, WSBA No. 53494
5

6
                                     Two Union Square
7                                    601 Union Street, Suite 4100
                                     Seattle, WA 98101-2380
8                                    Phone:  206.628.6600
                                     Fax:     206.628.6611
9                                    Email:  rumberger@williamskastner.com
                                              esilverman@williamskastner.com
10

11                                   *Counsel for Defendant Tuesday Morning, Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF APPEARANCE FOR DEFENDANT TUESDAY        **Williams, Kastner & Gibbs PLLC**
MORNING, INC. 2                                   601 Union Street, Suite 4100
                                                  Seattle, Washington 98101-2380
                                                  (206) 628-6600

7451533.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on the date indicated below, I caused service of a true and correct copy of the foregoing document in the manner indicated below to:

Zach J. Hansen, WSBA 41827
Wattel & York, LLC
6314 19th ST W Ste. 15
Fircrest, WA 98466
Tel: (253) 471-1075
Email: z.hansen@wattelandyork.com

☑ U.S. Mail
☑ E-mail

*Counsel for Plaintiff*

Signed at Lynnwood, Washington this 31st day of August, 2021.

WILLIAMS, KASTNER & GIBBS PLLC

*s/Catherine Berry*
Catherine Berry, Legal Assistant
cberry@williamskastner.com

NOTICE OF APPEARANCE FOR DEFENDANT TUESDAY
MORNING, INC. 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7451533.1